IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| **PATRICK LECOUVRE,**<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>**KIMBERLY CLARK CORP., et al.,**<br><br>　　　　　Defendant(s). | **ORDER AFFIRMING<br>REPORT & RECOMMENDATION**<br><br>**Case No. 1:05CV5DAK** |

　　　　This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Brooke C. Wells under 28 U.S.C. § 636(b)(1)(B). On December 9, 2005, Judge Wells issued a Report and Recommendation, recommending that Plaintiff's case be dismissed for failure to make proper service on Defendants and failure to respond to an Order to Show Cause.  Although the Report and Recommendation notified Plaintiff of the right to make objections, no objection has been filed to the Report and Recommendation.

　　　　The court has reviewed the file *de novo*.  The court approves and adopts the Magistrate Judge's Report and Recommendation in its entirety.  Accordingly, this case is hereby DISMISSED.

　　　　DATED this 17th day of January, 2006.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DALE A. KIMBALL
　　　　　　　　　　　　　　　　　　　　United States District Judge